United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DENIS A PALMA HERNANDEZ, | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00512 |
| | § | |
| TODD M. LYONS, *et al*., | § | |
|    "Respondents." | § | |

## <u>ORDER</u>

Before the Court is Plaintiff's "Notice of Voluntary Dismissal Without Prejudice" ("Voluntary Dismissal") (Dkt. No. 13).

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Petitioner's claims against the Defendants are **DISMISSED without prejudice**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this June 3, 2026

_____
Rolando Olvera
United States District Judge